# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MARITES REYES OBERG,

                Plaintiff,


v.                                    **ORDER**
                                      Civil File No. 19-1481 (MJD/BRT)


TARGET CORPORATION and
TARGET APPLE VALLEY,

                Defendants.

Marites Reyes Oberg, <u>pro se</u>.

David A. James, and Pablo Orozco, Nilan Johnson Lewis PA, Counsel for Defendants.

        The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Becky R. Thorson dated

April 23, 2020.  Plaintiff Marites Reyes Oberg filed objections to the Report and

Recommendation.

        Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge

Thorson.  The Court also notes that "[t]here is no constitutional or statutory right to appointed counsel in civil cases."  Phillips v. Jasper County Jail, 437 F.3d 791, 794 (8th Cir. 2006).  Having considered the factors noted in Phillips, the Court concludes that Plaintiff was not inappropriately denied counsel.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated April 23, 2020 [Docket No. 42].

2. Plaintiff's Complaint [Docket No. 1] is **DISMISSED** for lack of prosecution and failure to comply with the Court's March 27, 2020 Order.

3. Plaintiff's Motion to Strike with Prejudice [Docket No. 38] is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 19, 2020                s/ Michael J. Davis
                                    Michael J. Davis
                                    United States District Court